# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Jessica Watkins

**Case No:** 23-3090

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Jessica Watkins

### Counsel Information

**Lead Counsel:** Jonathan W. Crisp

**Direct Phone:** (717) 412-4676  **Fax:** (717) 412-4679  **Email:** jcrisp@crisplegal.com

**2nd Counsel:**

**Direct Phone:** (   )   **Fax:** (   )   **Email:**

**3rd Counsel:**

**Direct Phone:** (   )   **Fax:** (   )   **Email:**

**Firm Name:** Crisp and Associates, LLC

**Firm Address:** 4031 North Front Street

**Firm Phone:** (717) 412-4676  **Fax:** (717) 412-4679  **Email:** jcrisp@crisplegal.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)