No. 23-3097                          September Term, 2023

1:22-cr-00015-APM-1

Filed On: October 12, 2023

United States of America,

        Appellee

    v.

Elmer Stewart Rhodes, III,

        Appellant

------------------------------

Consolidated with 23-3089

      **BEFORE:**    Wilkins, Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that

      Elizabeth Franklin-Best
      Elizabeth Franklin Best, P.C.
      3710 Landmark Drive, Suite 113
      Columbia, SC 29204

a member of the bar of this court, who is not a member of the court's CJA panel, be appointed to represent Elmer Stewart Rhodes, III in this case.

     The court concludes that appointment of counsel who is not a member of the court's CJA panel is in the interest of justice and judicial economy. U.S. Court of Appeals for the D.C. Cir. Plan to Implement the Crim. Justice Act of 1964 ¶ IV(G). Counsel may claim compensation under the Criminal Justice Act for work done in these appeals.

### Per Curiam

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                           BY:    /s/
                                 Scott H. Atchue
                                 Deputy Clerk