# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

                v.    **Case No:** 23-3098

Kelly Meggs

## TRANSCRIPT STATUS REPORT

☐ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 22-09-2022 | Pretrial Conference | William Zaremba |

**Interim Part II** - The following necessary transcripts have been completed and received.

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

All transcripts in possession but for the one identified in Interim Part I. See attached for outline of transcripts

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

Docket Sheet and Transcript Update Attachment: 22-cr-15

Identified and Ordered

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| September 22, 2022 | Final Pretrial Conference | William Zaremba |

Ordered, Completed and Received

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| March 12, 2021[1] | Arraignment | William Zaremba |
| March 23, 2021[2] | Status Conference | William Zaremba |
| March 26, 2021[3] | Detention Hearing | William Zaremba |
| April 22, 2022[4] | Status Conference | William Zaremba |
| April 29, 2022 | Status Conference | William Zaremba |
| May 6, 2022 | Status Conference | William Zaremba |
| May 17, 2022 | Rule 12 Motions Hearing | William Zaremba |
| June 24, 2022 | Status Conference | William Zaremba |
| August 2, 2022 | Status Conference | William Zaremba |
| August 23, 2022 | Status Conference | William Zaremba |
| August 30, 2022 | Hearing on Motions in Limine | William Zaremba |
| September 14, 2022 | Pretrial Conference | William Zaremba |
| October 3, 2022 | Jury Trial | William Zaremba (AM) Lisa Edwards (PM) |
| October 4, 2022 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| October 6, 2022 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| October 7, 2022 | Jury Trial | William Zaremba |
| October 11, 2022 | Jury Trial | William Zaremba (AM) Lisa Edwards (PM) |
| October 12, 2022 | Jury Trial | William Zaremba (AM) Lisa Edwards (PM) |
| October 13, 2022 | Jury Trial | William Zaremba (AM) Lisa Edwards (PM) |
| October 14, 2022 | Jury Trial | William Zaremba |
| October 17, 2022 | Jury Trial | William Zaremba (AM) Lisa Edwards (PM) |

---

[1] Occurred prior to case consolidation, on Docket 21-cr-28.
[2] Occurred prior to case consolidation, on Docket 21-cr-28.
[3] Occurred prior to case consolidation, on Docket 21-cr-28.
[4] On January 25, 2022, Mr. Meggs pled not guilty to all counts, however, no court reporter is listed in the minute entry. On March 4, 2022, a minute entry reflected that "Meggs (2) remains in-custody." However, no court reporter is listed in the minute entry.

|  |  |  |
|---|---|---|
| October 17, 2022 | Jury Trial | William Zaremba (AM) Lisa Edwards (PM) |
| October 18, 2022 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| October 19, 2022 | Jury Trial | William Zaremba (AM) Lisa Edwards (PM) |
| October 20, 2022 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| October 21, 2022 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| October 24, 2022 | Jury Trial | William Zaremba |
| October 25, 2022 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| October 26, 2022 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| September 27, 2022 | Jury Selection | William Zaremba (AM), Nancy Meyer (PM) |
| September 28, 2022 | Jury Selection (Day 2) | William Zaremba (AM), Lisa Edwards (PM) |
| September 29, 2022 | Jury Selection (Day 3) | William Zaremba (AM), Nancy Meyer (PM) |
| November 7, 2022 | Jury Trial[5] | William Zaremba (AM) Lorraine Herman (PM) |
| November 8, 2022 | Jury Trial | William Zaremba (AM) Lorraine Herman (PM) |
| November 9, 2022 | Jury Trial | William Zaremba (AM) Lorraine Herman (PM) |
| November 10, 2022 | Charge Conference | William Zaremba |
| November 14, 2022 | Jury Trial | William Zaremba (AM) Nancy Meyer (PM) |
| November 16, 2022 | Jury Trial | William Zaremba (AM) Lorraine Herman (PM) |
| November 17, 2022 | Jury Trial | William Zaremba |
| November 18, 2022 | Jury Trial/Closing Arguments | William Zaremba (AM) Jeff Hook (PM) |
| November 21, 2022 | Jury Trial/Closing Arguments | William Zaremba |
| November 28, 2022[6] | Jury Deliberation | William Zaremba |
| November 29, 2022 | Jury Deliberation/Verdicts | William Zaremba |

---

[5] On November 3, 2022, the government rested its case, but no court reporters are listed in the minute entry. On November 4, 2022, the parties and jurors met before Judge Mehta, but no court reporters are listed in the minute entry.

[6] November 22, 2022, was the first day of jury deliberation. However, no court reporters are listed in the minute entry.