# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 23-3098**  **September Term, 2024**

**1:22-cr-00015-APM-2**

**Filed On: February 24, 2025** [2102453]

United States of America,

    Appellee

    v.

Kelly Meggs,

    Appellant

------------------------------

Consolidated with 23-3089

## O R D E R

Upon consideration of the motion to withdraw as counsel for appellant Kelly Meggs, it is

**ORDERED** that the motion be granted. The Clerk is directed to note the docket to reflect the withdrawal of Stanley E. Woodward, Jr. as counsel for appellant in this case. It is

**FURTHER ORDERED** that if appellant wishes to retain new counsel, counsel must enter an appearance within 30 days of the date of this order. It is

**FURTHER ORDERED** that if appellant wishes new counsel to be appointed pursuant to the Criminal Justice Act, he must file in district court a motion for leave to proceed in forma pauperis within 30 days of the date of this order.

Failure by appellant to comply with this order may result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to mail a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:   /s/
           Scott H. Atchue
           Deputy Clerk