# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States of America

v.

Kenneth Harrelson, et al.

**Case No:** 23-3089 (23-3098)

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Kelly Meggs    #23-3098 consolidated

### Counsel Information

**Lead Counsel:** Carolyn Stewart

**Direct Phone:** (813) 659-5178  **Fax:** (813) 365-3183  **Email:** carolstewart_esq@protonmail.com

**2nd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** ( ) -   **Fax:** ( ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save]   [Reset Form]   [Print Form]

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2025, I caused the foregoing Notice of Appearance to be served on Appellee and Co-Appellants by the Court's electronic filing system where they are registered.

March 17, 2025

/s/ Carolyn Stewart
Carolyn Stewart
Appellant's Counsel
